wMe

FILED

07 NOV -2  AM 9: 33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2581

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Anthony Joseph LENNAN,<br><br>    Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about November 2, 2007, within the Southern District of California, defendant Anthony Joseph LENNAN, did knowingly and intentionally import approximately 158.55 kilograms (348.81 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Julia Gerard
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF November 2007.

U.S. MAGISTRATE JUDGE

WMC

# PROBABLE CAUSE STATEMENT

I, Special Agent Julia Gerard, declare under penalty of perjury, the following is true and correct:

On November 2, 2007, at approximately 12:00 a.m., United States citizen, Anthony Joseph LENNAN attempted to enter the United States at the San Ysidro Port of Entry, San Diego, California. LENNAN was the driver and sole occupant of a white Ford Aerostar bearing California license plate 4H72612.

A Customs and Border Protection (CBP) Officer was conducting pre-primary roving operations when he approached the vehicle LENNAN was driving. LENNAN stated he was a United States citizen and was in Mexico gambling. LENNAN gave two negative Customs declarations and stated the vehicle belonged to his work. During a cursory inspection of the vehicle, a CBP Officer discovered cellophane packages in cardboard boxes in the cargo area of the minivan.

During secondary inspection, a CBP Officer discovered a total of seventy-three (73) packages in cardboard boxes which where placed in the cargo area of the vehicle. One of the packages was probed and produced a substance, which field-tested positive for marijuana. The 73 packages had a combined net weight of approximately 158.55 kilograms (348.81 pounds).

During a post-arrest statement, LENNAN waived his Miranda rights. LENNAN admitted knowledge of the narcotics in the vehicle. LENNAN was processed and transported to Alvarado Medical Center. LENNAN was cleared for incarceration and transported to the Metropolitan Correctional Center pending his initial appearance before a U.S. Magistrate Judge in San Diego, California.