MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Anthony Lennan_   No. 07MJ2581

The Court finds excludable delay, under the section indicated by check (✓),
commenced on  11/2/07  and ended on  11/5/07 ; (  )
_____ and ended on _____. (  )

3161(h)
___ (1)(A)    Exam or hrg for **mental or physical incapacity**                                A
___ (1)(B)    **NARA exam**ination (28:2902)                                                   B
___ (1)(D)    State or Federal trials or **other charges pending**                             C
___ (1)(E)    **Interlocutory appeals**                                                        D
___ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)                     E
___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)                        F
___ (1)(J)    **Proceedings under advisement** not to exceed thirty days                       G
___           Misc proc: Parole or prob rev, deportation, **extradition**                      H
___ (1)(H)    **Transportation** from another district or to/from examination                  6
              or hospitalization in ten days or less
___ (1)(I)    Consideration by Court of **proposed plea agreement**                            7
___ (2)       **Prosecution deferred** by mutual agreement          — in detox                 I
✓ (3)(A)(B)  **Unavailability of defendant** or **essential witness**                          M
___ (4)       Period of **mental or physical incompetence** of defendant to                    N
              stand trial
___ (5)       Period of **NARA commitment or treatment**                                       O
___ (6)       **Superseding indictment and/or new charges**                                    P
___ (7)       **Defendant awaiting trial of co-defendant** when no severance                   R
              has been granted
___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than                   T
              one of the reasons below are given in support of continuance
___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                          T1
              would result in a **miscarriage of justice** and
              the ends of justice outweigh the best interest
              of the public and the defendant in a speedy trial.
              (**Continuance - miscarriage of justice**)
___           2) Failure to grant a **continuance** of the trial would result in
              a miscarriage of justice as the defendant has tendered a
              guilty plea to a magistrate judge and is awaiting a
              determination as to whether the plea will be accepted.
              (**Continuance - tendered a guilty plea**)
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                             T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days     T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,           T4
              or give reasonable time to prepare
              (**Continuance re counsel**)
___ 3161(I)   Time up to **withdrawal of guilty plea**                                         U
___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days                    W

Date 11/2/07                                              _____
                                                          Judge's Initials