1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Defendant Anthony Joseph Lennan

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 07mj2581
                                    )
12          Plaintiff,               )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 ANTHONY JOSEPH LENNAN,           )
                                    )
15          Defendant.               )
                                    )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                      Respectfully submitted,

21 Dated: November 5, 2007             *s/ Ellis M. Johnston, III*
                                        Federal Defenders of San Diego, Inc.
22                                      Attorneys for Defendant
                                        ellis_johnston@fd.org
23

24

25

26

27

28