**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
E-mail: ellis_johnston@fd.org

Attorneys for Mr. Lennan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2581 |
| )  Plaintiff, ) | |
| ) v. ) | **PROOF OF SERVICE** |
| ) **ANTHONY JOSEPH LENNAN**, ) | |
| )  Defendant. ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **United States Attorney**
      efile.dkt.gc1@usdoj.gov,

Dated: November 5, 2007

*s/ Ellis M. Johnston, III*
**ELLIS M. JOHNSTON III**
Federal Defenders of San Diego, Inc.
E-mail: ellis_johnston@fd.org