1 **ZANDRA L. LOPEZ**
California State Bar No. 216567
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Zandra_Lopez@fd.org

5 Attorneys for Mr. Lennan

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LOUISA S. PORTER**)

| UNITED STATES OF AMERICA, | ) | Case No. 07mj2581 |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| ANTHONY JOSEPH LENNAN, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given by Zandra L. Lopez, that I am replacing Ellis M. Johnston, III, has counsel on appeal in this case.

Respectfully submitted,

Dated: November 7, 2007      /s/ *Zandra L. Lopez*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

  Copy to Defendant

Dated: November 7, 2007      /s/ *Zandra L. Lopez*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Zandra_Lopez@fd.org (email)