FILED

DEC 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr 3337-IEG |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 21, U.S.C., |
| | ) | Secs. 952 and 960 - Importation |
| ANTHONY LENNAN, | ) | of marijuana (Felony) |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendant ANTHONY LENNAN, did knowingly and intentionally import approximately 158.55 kilograms/348.81 pounds of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __12/12/07__.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
11/28/07