HOWARD B. FRANK
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 42233

Attorneys for Defendant
Anthony Lennan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Nita L. Stormes)

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3337-IEG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION |
| v. | ) | |
| ANTHONY LENNAN, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America by and through its counsel of record David D. Leshner and the defendant Anthony Lennan by and through his counsel of record Howard B. Frank that the condition of release directing that any outstanding traffic matters be resolved within thirty days of the defendant's release from custody be enlarged to permit

/

Case No: 07-CR-3337-IEG

any pending traffic matters to be resolved on or before January 20, 2008.

    It is so stipulated.

Dated:

                                        s/David D. Leshner
                                        David D. Leshner
                                        Assistant U.S. Attorney

Dated:

                                        s/ Howard B. Frank
                                        Howard B. Frank
                                        Attorney for Defendant
                                        Anthony Lennan