UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3337-IEG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| v. | ) | |
| ANTHONY LENNAN, | ) | |
| Defendant. | ) | |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, CA 92103.

On December 19, 2007, I served the following document described as:

STIPULATION

By the following method:

**(X)  CM/ECF FILING.**

    U.S. District Court Clerk
    Southern District of California

    David D. Leshner
    Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on December 19, 2007, at San Diego, California.

                                          /s/ Howard B. Frank
                                          Howard B. Frank