# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ANTHONY LENNAN,<br><br>                    Defendant. | CASE NO. 07-CR-3337-IEG<br><br>ORDER GRANTING JOINT MOTION/STIPULATION<br><br>[Doc. No. 19] |

Good cause appearing, the United States of America and the defendant Anthony Lennan having stipulated to the enlargement of the conditions of release;

IT IS HEREBY ORDERED THAT the condition of release directing that any outstanding traffic matters be resolved within thirty days of the defendant's release from custody be enlarged to permit any pending traffic matters to be resolved on or before January 20, 2008.

IT IS SO ORDERED.

DATED:  December 19, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge