HOWARD B. FRANK
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 42233
E-MAIL: HBFANDJM@AOL.COM

Attorney for Defendant
Anthony Lennan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Irma E. Gonzalez)

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3337-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENET OF COURT DATE |
| ANTHONY LENNAN, | ) | |
| Defendant. | ) | DATE: March 24, 2008<br>TIME: 9:00 a.m. |

Comes now the defendant Anthony Lennan and hereby acknowledges that the sentencing in the above titled matter is continued from March 17, 2008 to March 24, 2008 at 9:00 a.m. Defendant Anthony Lennan understands that he must personally appear before the Honorable Irma E. Gonzalez on March 24, 2008 at 9:00 a.m.

Dated: 1-17-08

_____
Anthony Lennan