UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-3337-IEG |
| ) | |
| Plaintiff, ) | |
| ) | PROOF OF SERVICE |
| v. ) | |
| ) | |
| ANTHONY LENNAN, ) | |
| ) | |
| Defendant. ) | |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, CA 92103.

On January 18, 2008, I served the following document described as:

Acknowledgment of Court Date

By the following method:

**(X)** **CM/ECF FILING.**

    U.S. District Court Clerk
    Southern District of California

    David D. Leshner
    Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2008, at San Diego, California.

                        s/ Howard B. Frank
                        Howard B. Frank