PS 8C

April 23, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 APR 25 AM 10: 08

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Defendant:** Anthony Lennan          **Dkt No.:** 07CR03337-IEG-001

**Reg. No.:** 05381-298

**Name of Judicial Officer:** The Honorable Irma E. Gonzalez, U.S. District Judge

**Date of Surrender:** On or before May 27, 2008, to begin serving 12 months and 1 day custodial sentence

**Original Offense:** 18 U.S.C. Sec. 21:952 and 960 Importation of Marijuana

**Date Conditions of Release Imposed:** November 13, 2007, before the Honorable Nita L. Stormes, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; execute a personal appearance bond in the amount of $35,000 secured by: co-signed by two (2) financially responsible (related) adults; Exam of sureties; clear all warrants/FTA's within 30 days of release. Other conditions: do not drive a motor vehicle until license is reinstated.

**Modification:** On November 20, 2007, the defendant was ordered released to the custody of Pretrial Services before noon to be transported to CRASH program for evaluation and treatment.

**Date Supervision Commenced:** November 20, 2007

**Asst. U.S. Atty.:** James P. Melendres          **Defense Counsel:** Howard Frank (Retained)
                                                                         (619) 574-1888

**Prior Violation History:** None

RECEIVED IN DOCKETING
APR 29 2008

PS 8'C

Case 3:07-cr-03337-IEG   Document 37   Filed 04/25/2008   Page 2 of 4

Name of Defendant: Anthony Lennan
Docket No.: 07CR03337-IEG-001

April 23, 2008
Page 2

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Additional Condition)** Submit to treatment and/or testing as directed by Pretrial Services. | 1. On April 22, 2008, Pretrial Services received notification from CRASH that the defendant failed to return to their program. On April 23, 2008, the undersigned received and reviewed the incident report from CRASH which confirms the defendant failed to comply with their program rules and his whereabouts are unknown. |

### *Grounds for Revocation:*

On April 22, 2008, the undersigned received notification, via voicemail from CRASH at 11:16 p.m., regarding the defendant. According to the message, he had failed to return to the facility after leaving that day for work. On April 23, 2008, Pretrial Services spoke to a counselor with CRASH who stated the defendant signed out for the day at 7:00 a.m., to go to work and did not return.

The defendant entered CRASH on November 20, 2007, and was in the re-entry phase of his treatment which allowed him to seek employment. The undersigned spoke to his brother (surety), Paul Lennan, who was unaware of the defendant's failure to return to CRASH. He further stated he spoke to his brother briefly on the morning of April 22, 2008, and has not had any contact with him since. Mr. Lennan informed Pretrial Services the defendant works with his construction company and informed the defendant there would be no work for that day.

At this time, Pretrial Services, as well as the defendant's brother, do not know where Mr. Anthony Lennan is located. Our office checked various databases and it appears he is not in custody at this time.

Name of Defendant: Anthony Lennan
Docket No.: 07CR03337-IEG-001

April 23, 2008
Page 3

## VIOLATION SENTENCING SUMMARY

### SUPERVISION ADJUSTMENT

Mr. Lennan commenced pretrial release on November 20, 2007, and began treatment in CRASH that same date. Monthly treatment reports submitted by CRASH indicate the defendant has made acceptable progress. The defendant has reported as directed to Pretrial Services; checking in with his assigned Officer last on April 22, 2008, at 12:42 p.m. In this message, he stated "everything was o.k." Pretrial Services has not received any further information regarding his wherabouts.

### DEFENDANT PERSONAL HISTORY/CHARACTERISTICS

Mr. Lennan is a thirty-seven year old United States citizen. When interviewed by Pretrial Services, the defendant reported he was on medical disability due to "vertigo" and taking medication for that condition.

### RECOMMENDATION/JUSTIFICATION

Mr. Lennan's failure to return to the CRASH program and subsequent dismissal demonstrates his disregard for court orders. At this time, his location remains unknown. Contact with his brother revealed he, as well, does not know where the defendant can be located. Therefore, we request a no bail bench warrant for his arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 23, 2008

Respectfully submitted:

by
Evelyn Garcia
U.S. Pretrial Services Officer
(619) 557-3414

Reviewed and approved:

Charlene Delgado
Supervising U.S. Pretrial Services Officer

**THE COURT ORDERS:**

__X__  A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____  Other _____

_____

_____

_____     _____
The Honorable Irma E. Gonzalez                4/24/08
U.S. District Judge                                   Date