PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR3337-IEG |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Anthony Lennan | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/30/08__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

__X__ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. WARRANT Recalled and Re-ISSUED T CORRECT CLERICAL ERROR

RECEIVED
APR 30 2008 A 11:06
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE JUDGE

Received _____
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by  J. HASLAM
       Deputy Clerk

Crim-9  (Rev 6-95)                ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY