# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Anthony Lennan

**WARRANT FOR ARREST**

CASE NUMBER: 07cr3337-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Anthony Lennan____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 5/10/08
ARRESTED BY Deputy Allee

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Mahea

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 APR 30 A 11:36

In violation of Title ____See Above____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer

J. Haslam                                  April 30, 2008   San Diego, CA
Signature of Deputy                        Date and Location

Bail fixed at $ ____NO BAIL SET____ by ____The Honorable Irma E. Gonzalez____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class I "B"     Allee     Due 5/01